

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-9-2011

# USA v. Steven Tanzola

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4477

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Steven Tanzola" (2011). *2011 Decisions.* Paper 1129.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1129

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4477
_____

UNITED STATES OF AMERICA

v.

STEVEN C. TANZOLA,
                              Appellant.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 08-00724)
District Judge:  Honorable Berle M. Schiller
_____

Submitted Under Third Circuit LAR 34.1(a)
December 16, 2010
_____

ORDER
_____

The opinion filed on March 7, 2011 shall be amended as follows: at page 4, where (2) "allow the parties to argue their positions relative to what they believe is an appropriate sentence;" shall be replaced with (2) "they must formally rule on the motions of both parties and state on the record whether they are granting a departure and how that departure affects the Guidelines calculation, and take into account the court's pre-Booker case law, which continues to have advisory force."  This does not affect the Judgment issued by the Court on March 7, 2011.  An amended opinion will be filed;  however the original filing date will not be altered.


                              BY THE COURT:

                              /s/ Joseph A. Greenaway, Jr.
                              Circuit Judge

Dated: June 9, 2011